THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
       sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT 1 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

        Plaintiff,

vs.

VETERANS SOUTHWEST INDUSTRIES INC., *a/k/a* VETERANS SOUTHWEST MAINTENANCE,
        Defendants.

15MS73

**CONFESSION AND STIPULATION TO ENTRY OF JUDGMENT UNDER 29 U.S.C. § 1001 et seq. "ERISA"**

    Veterans Southwest Industries Inc., *a/k/a* Veterans Southwest Maintenance ("Employer"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), against Employer, in the total sum of $8,754.16 for delinquent employee benefit contributions, liquidated damages, interest, and attorney's fee and costs.

The parties have stipulated, and therefore the Court finds:

1. Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Laborers International Union of North America, Local 872 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3. Based on remittance reports prepared and submitted by Employer for the month of September 2014, Employer owes the Trust Funds delinquent employee benefit contributions and resulting ancillary costs described in the next paragraph.

4. Employer owes the Trust Funds $8,754.164 in unpaid employee benefit contributions, past interest, liquidated damages, administrative fees and attorney's fees, for a total of $8,754.16.

5. Staley Washington, as a representative of the Employer, entered into a settlement agreement in which he agreed to be liable for payment of the Debt owed by Employer.

7. This Stipulated/Consent Judgment is entered into by and between Employer and the Trust Funds for employee benefit contributions and related interest, liquidated damages, administrative fees and attorney's fees and costs owed to the Trust Funds by the Employer pursuant to the Employee Retirement Income Security Act of 1974.

Dated: July __, 2015   *October 14*

THE URBAN LAW FIRM

By: _____
Michael A. Urban, Nevada State Bar No. 3875
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
*Counsel for Plaintiffs*

1
2  Dated: July    , 2015                    **VETERANS SOUTHWEST MAINTENANCE**
3
4                                           By: _____
                                            Stanley Washington
5                                           *Representative of Defendant*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

## JUDGMENT

Judgment is hereby entered against Veterans Southwest Maintenance and in favor of the Trust Funds in the amount of $8,754.16.

Dated December 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

Stanley Washington, being first duly sworn, deposes and says:

That he is the representative of Defendant Veterans Southwest Industries Inc., a/k/a Veterans Southwest Maintenance and is duly authorized to execute this document; that he has read the foregoing Confession and Stipulation to Entry of Judgment under U.S.C. §1001 et seq. of ERISA and knows the contents thereof; that the same is true of his own knowledge, except for those matters therein stated on information and belief, and as to those matters he believes them to be true.

_____
Affiant

Subscribed and sworn to before me this 28 day of July, 2015.

_____
NOTARY PUBLIC

RUBIE J. RANSEY-DUCKWORTH
Notary Public - State of Nevada
APPT. NO. 00-65842-1
My App. Expires November 20, 2018

```
THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
SETH T. FLOYD, Nevada State Bar No. 11959
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
        sfloyd@theurbanlawfirm.com
```
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VETERANS SOUTHWEST INDUSTRIES INC., a/k/a VETERANS SOUTHWEST MAINTENANCE,<br>Defendants. | CASE NO:<br><br>**DECLARATION OF SETH T. FLOYD IN SUPPORT OF CONFESSION AND STIPULATION TO ENTRY OF JUDGMENT UNDER 29 U.S.C. § 1001 et seq. "ERISA"** |

I, Seth T. Floyd, declare and say:

1. I am an Associate with the Urban Law Firm and am licensed to practice law in the United States District Court, District of Nevada. I am counsel of record for Plaintiffs in this action, and I am the attorney responsible for the prosecution of this action.

2. I make this Declaration in support of the Confession and Stipulation to Entry of Judgment in the above-captioned matter.

3. The defendant, Veterans Southwest Industries Inc. ("Veterans"), is signatory to a collective bargaining agreement ("CBA") with the Laborers International Union of North

America, Local 872, in which Veterans agreed to abide by the trust agreements establishing the Trust Funds named as plaintiffs above.

4. Based on remittance reports prepared and submitted by Veterans for September 2014, Veterans owes to the Trust Funds delinquent employee benefit contributions and resulting ancillary costs.

5. On July 26, 2015, Veterans entered into a Settlement Agreement with the Trust Funds for the payment of those delinquent benefits and ancillary costs, which amounted to $8,754.16.

6. Pursuant to the Settlement Agreement, Veterans was required to make monthly payments. Veterans made two payments in August 2015 totaling $685.00, but has failed to make any further payment despite repeated demands by the Trust Funds and is currently in default.

7. As part of the settlement, Veterans agreed that, if it defaulted in its obligations under the Settlement Agreement, the Trust Funds could file the Confession and Stipulation to Entry of Judgment and Judgment signed by Mr. Washington on July 28, 2015. Because Veterans is now in default the Trust Funds are filing this Confession and Stipulation to Entry of Judgment and Judgment.

8. In the attached Confession of Judgment, the balance is stated as $8,754.16. Because of Veterans' payments totaling $685.00, the remaining balance, including interest, is now $8,167.55 and the Confession of Judgment and Judgment should be amended to reflect this amount.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed at Las Vegas, Nevada on this 14th day of October, 2015.

_____
Seth T. Floyd, Esq.

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103



4270 South Decatur Bl.
Las Vegas, NV 89103
Tel: (702) 968-8087
Fax: (702) 968-8088
www.TheUrbanLawFirm.com
Michael A. Urban — Admitted in CA, NV & WA
Nathan R. Ring — Admitted in NV & WA
Sean W. McDonald — Admitted in NV & WA
Paul D. Cotsonis — Admitted in NV
Seth T. Floyd — Admitted in NV

THE URBAN LAW FIRM
A PROFESSIONAL CORPORATION

FILE NO.: 520.0025

October 15, 2015

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**_Via Legal Wings_**

United States District Court Clerk
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

**Reference:**   The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al. v. Veterans Southwest Industries Inc. a/k/a Veterans Southwest Maintenance
Settlement Agreement

**Subject:**   Confession and Stipulation to Entry of Judgment in United States District Court, District of Nevada

Dear Clerk of the Court:

This firm represents The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees Southern Nevada Laborers Local 872 Training Trust.

Please find enclosed the original Confession and Stipulation to Entry of Judgment and supporting Declaration, for filing. Please file stamp the additional copy provided so that our office may have record. Also enclosed, is check number 2674 in the amount of $46.00 representing the filing fee for this request.

The parties are as follows:

1. Plaintiffs: The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees Southern Nevada Laborers Local 872 Training Trust
   a. Represented by The Urban Law Firm, 4270 S. Decatur Blvd. Suite A-9, Las Vegas, NV 89103. Attorney names are as follows:
       i. Seth T. Floyd, NSB# 11959
       ii. Michael A. Urban NSB# 3875

59550

2. Defendants:
   a. Veterans Southwest Industries Inc., a/k/a Veterans Southwest Maintenance, 3651 Lindell Road, Suite D-456
      Las Vegas, Nevada 89103

If you have any questions, please do not hesitate to contact me at (702) 968-8087.

Respectfully,

*April Denni*

April Denni
Paralegal

Enclosures: As Stated